IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| v. | : | |
| | : | |
| **GLORIA BYARS, et al.** | : | **NO. 21-247** |

## ORDER

**AND NOW**, this 8th day of November 2022, for the reasons stated by the Court during the status hearing held on November 7, 2022, it is **ORDERED** as follows:

1. Defendant Carlton Rembert's pro se Motions for Dismissal for Lack of Proof of Venue (Doc. Nos. 31, 43) are **DENIED WITHOUT PREJUDICE**.

2. Rembert's pro se Motion to Proceed pro se until a Private Court Appointed Attorney is Selected by Court (Doc. No. 32) was **WITHDRAWN** by Defendant Rembert.

3. Rembert's pro se Motion to Dismiss for Constitutional Violations of Fourth, Fifth, Sixth, and Fourteenth Amendments, Due Process of Law and Right to Speedy Trial (Doc. No. 33) is **DENIED WITHOUT PREJUDICE**.

4. Rembert's pro se Motions to Quash Indictment for Insufficiency of Indictment (Doc. Nos. 34, 40) are **DENIED WITHOUT PREJUDICE**.

5. Rembert's pro se Motions to Suppress Evidence for Cause and Dismiss this Case (Doc. Nos. 35, 42) are **DENIED WITHOUT PREJUDICE**.

6. Rembert's pro se Motion to Dismiss for Constitutional Violation of Right to Speedy Trial (Doc. No. 44) is **DENIED WITHOUT PREJUDICE**.

7. Rembert's Motion for Severance under Federal Rules of Criminal Procedure 14(a) (Doc. No. 72) is **DENIED**.

8. Defendant Gloria Byars's Unopposed Motion for Continuance of the Trial Date (Doc. No. 71) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.
