IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLORIA BYARS | Criminal No. 21-247<br>Hon. Joel H. Slomsky |

### NOTICE OF SUGGESTION OF DEATH OF DEFENDANT GLORIA BYARS

The undersigned counsel hereby file this Suggestion of Death notifying the Court that Defendant Gloria Byars died on August 9, 2024.

                                                    Respectfully submitted,

                                                    FOX ROTHSCHILD LLP

                                                    By: */s/ Matthew D. Lee*
                                                             Matthew D. Lee
                                                              Saverio S. Romeo
                                                    2000 Market Street, 20th Floor
                                                    Philadelphia, PA 19103
                                                    Tel: (215) 299-2000
                                                    mlee@foxrothschild.com
                                                    sromeo@foxrothschild.com

August 13, 2024                                    *Counsel for Defendant Gloria Byars*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2024, I caused a true and correct copy of the foregoing Defendant's Notice of Filing to be filed with the Court via CM/ECF and served via electronic mail on the following:

Tiwana Wright
Samuel S. Dalke
U.S. Attorney's Office for the Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
TWright2@usa.doj.gov
sdalke@usa.doj.gov


                            */s/ Matthew D. Lee*